UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**12 CV 6724**

William G. Green
_____

_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

Police Officer Jhonnier Salazar
of the 25 precinct. Shield 12746

P.O Robert Bustamante Shield
10626
_____
_____
_____
_____

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

**COMPLAINT**
under the
Civil Rights Act, 42 U.S.C. § 1983
(Prisoner Complaint)

Jury Trial: ☒ Yes ☐ No
*(check one)*

[Stamp: U.S. DISTRICT COURT FILED SEP 0 5 2012 S.D. OF N.Y.]

[Stamp: RECEIVED 2012 SEP -5 A 8:22 PRO SE OFFICE]

I. **Parties in this complaint:**

A. List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff     Name  William G. Green
              ID #  349-12-03143
              Current Institution  OBCC
              Address  1600 Hazen St.
                       E. Elmhurst Queen 11370

B. List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1   Name  Mr. Jhonnier Salazar   Shield # 12746
                  Where Currently Employed  25 precinct
                  Address _____
                  _____

*Rev. 05/2010*                                       1

Defendant No. 2   Name **Mr. Robert Bustamante** Shield # **10626**
Where Currently Employed _____
Address _____
_____

Defendant No. 3   Name _____ Shield # _____
Where Currently Employed _____
Address _____
_____

Defendant No. 4   Name _____ Shield # _____
Where Currently Employed _____
Address _____
_____

Defendant No. 5   Name _____ Shield # _____
Where Currently Employed _____
Address _____
_____

II.   **Statement of Claim:**

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A.   In what institution did the events giving rise to your claim(s) occur?
**On Oct. 20, 2011 at about 12:40 on 1780 madison Ave I was hand-ciff & arrested for nothing**

B.   Where in the institution did the events giving rise to your claim(s) occur?
**these two cops jumped out on me & lock me up. I told them that I was not doin nothing They ruff me up in thoug me in the Car.**

C.   What date and approximate time did the events giving rise to your claim(s) occur?
**On Oct. 20, 2011 at about 12:40pm**

D.   Facts: <ins>I was arrest For Just walkin down the block, moreless the case was dimiss, I be in Jail Sick in Suffer for 3 months. Officer Jhonnier Salazar jump out pointed his gun to my hand in told me not to move, then told me to turn around then hand-ciff me. For Just walkin down the block, They say I had something.</ins>

*What happened to you?*

*Who did what?*

*Was anyone else involved?*

*Who else saw what happened?*

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. _____

### IV. Exhaustion of Administrative Remedies:

The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

   Yes ____   No <ins>X</ins>

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_N/A_

B. Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ___ No ___ Do Not Know ___ _N/A_

C. Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ___ No ___ Do Not Know ___

If YES, which claim(s)? _N/A_

D. Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ___ No ___ _N/A_

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ___ No ___ _N/A_

E. If you did file a grievance, about the events described in this complaint, where did you file the grievance? _N/A_

1. Which claim(s) in this complaint did you grieve? _N/A_

2. What was the result, if any? _____

3. What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process. _____

F. If you did not file a grievance:

1. If there are any reasons why you did not file a grievance, state them here: _____

2. If you did not file a grievance but informed any officials of your claim, state who you informed,

when and how, and their response, if any: _____

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies. _____

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount). I would like the court to help in which way they can. I mean the case was just dimiss if I been in Jail goin to court for 3 months on this case, could this be in Issue? I would like 30,000 for every month I did.

VI. Previous lawsuits:

On these claims

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes ____ No X

Rev. 05/2010                                5

B.  If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

   1. Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____

   3. Docket or Index number _____

   4. Name of Judge assigned to your case _____

   5. Approximate date of filing lawsuit _____

   6. Is the case still pending? Yes ____ No ____

      If NO, give the approximate date of disposition _____

   7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

On other claims

C.  Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?
    Yes ____ No **X**

D.  If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

   1. Parties to the previous lawsuit:

   Plaintiff _____

   Defendants _____

   2. Court (if federal court, name the district; if state court, name the county) _____

   3. Docket or Index number _____

   4. Name of Judge assigned to your case _____

   5. Approximate date of filing lawsuit _____

   6. Is the case still pending? Yes ____ No ____

      If NO, give the approximate date of disposition _____

   7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this **10** day of **Aug**, 20**12**

Signature of Plaintiff: *William Gree*

Inmate Number: 349·12·03143

Institution Address: 1600 Hazen St. E. Elmhurst N.Y. 11370  1 Lower OBCC...

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this **10** day of **Aug**, 20**12** I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: *William Gree*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

William Green
_____

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

____ Civ. _____ (__)(__)

- against -

Mr. Jhonnier Salazar
Mr. Robert Bustamante
_____

**AFFIRMATION OF SERVICE**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, William Green, declare under penalty of perjury that I have
    *(name)*

served a copy of the attached 25 precinct
                              *(document you are serving)*

upon Mr. Jhonnier.S etc          whose address is The 25
     *(name of person served)*

Precinct where's location N/A
              *(where you served document)*

by mail
   *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: New York, N.Y
       *(town/city)* *(state)*

       8      10 , 2012
    *(month) (day) (year)*

Willia Gree
Signature

1600 Hazen St.
Address

E. Elmhurst Queens N.Y
City, State

11370
Zip Code

(646) 763-4387
Telephone Number

*Rev. 05/2010*

CRIMINAL COURT OF THE CITY OF NEW YORK
COUNTY OF NEW YORK

Page 1 of 1

| THE PEOPLE OF THE STATE OF NEW YORK | MISDEMEANOR |
|---|---|
| -against- | |
| 1. William Green (M 29)    ECAB # 1275986 | |
| Defendant. | |

Police Officer Jhonnier Salazar, shield 12746 of the 025 Precinct, states as follows:

On October 20, 2011, at about 12:40 hours at the rear of 1780 Madison Avenue in the County and State of New York, the Defendant committed the offenses of:

1. PL220.03    Criminal Possession of a Controlled Substance in the Seventh Degree (1 count)

the defendant knowingly and unlawfully possessed a controlled substance.

The offenses were committed under the following circumstances:

Deponent states that deponent is informed by Police Officer Robert Bustamante, shield #10626 of the 025 Precinct that informant recovered Phencyclidine (PCP) from defendant's left hand.

Deponent further states that deponent is informed by Police Officer Robert Bustamante, shield #10626 of the 025 Precinct that the above-described substance is in fact what it is alleged to be based upon information and belief, the source of which is as follows: his professional training as a police officer in the identification of drugs, his prior experience as a police officer in drug arrests, the odor emanating from the substance and observation of the packaging which is characteristic of this type of drug.

*This is the case that was Dimiss*

False statements made herein are punishable as a class A misdemeanor pursuant to section 210.45 of the penal law.

PO _____    11-09-11  1230
Deponent            Date and Time

ACT 5 Version 4.3.5 Created on 11/09/11 12:28 PM




William Green
319.12.03143
600 Hazen ST.
E. Elmhurst, N.Y. 11370

To: Southern district of N.Y.
500 Pearl Street, RM 230
New York, N.Y. 10007

2012 SEP -5 A 8:21
RECEIVED
N.Y. PRO SE OFFICE