**DUPLICATE ORIGINAL**

RECEIVED
SEP 14 2012
PRO SE OFFICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

William Green
_____

(In the space above enter the full name(s) of the plaintiff(s).)

-against-

Jhonnier Salazar,
Robert Bustamante
_____
_____
_____
_____
_____
_____

(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)

**12 CV 7031**

**COMPLAINT**

Jury Trial: ☑ Yes   ☐ No
(check one)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/2/12

I.   **Parties in this complaint:**

A.   List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff   Name  William Green  B&c 349-12-03143
            Street Address  1600 Hazen Street
            County, City  New York
            State & Zip Code  11370 E. Elmhurst Queens
            Telephone Number  (212) 410-7085 or 1516-286-5442

B.   List all defendants. You should state the full name of the defendant, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Rev. 05/2010

Defendant No. 1    Name  Jhohn Jhohnier Salazar, shield 12746
                   Street Address  N/A 119 St btw lex & park Ave
                   County, City  New york
                   State & Zip Code  10035
                   Telephone Number  N/A

Defendant No. 2    Name  Robert Bustamante shield 10626
                   Street Address  N/A 119 ST. btw lex & park Ave
                   County, City  New york
                   State & Zip Code  10035
                   Telephone Number  N/A

Defendant No. 3    Name
                   Street Address
                   County, City
                   State & Zip Code
                   Telephone Number

Defendant No. 4    Name
                   Street Address
                   County, City
                   State & Zip Code
                   Telephone Number

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A.   What is the basis for federal court jurisdiction? *(check all that apply)*

     ☐ Federal Questions          ☐ Diversity of Citizenship

B.   If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? _____

C.   If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

     Plaintiff(s) state(s) of citizenship _____
     Defendant(s) state(s) of citizenship _____

*Rev. 05/2010*

### III. Statement of Claim:

State as briefly as possible the facts of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? At the rear of 1780 Madison Ave.

B. What date and approximate time did the events giving rise to your claim(s) occur? On Oct, 20. 2002 at about 12:40 pm

C. Facts: [What happened to you? / Who did what?] I was walkin the block from visiting a old friend, when about 4 cops jumped out in told me to freeze put my hands up I stop put my hands up & they began to pat me down. Then they pull out the cuffs & tryed to hand-cuff me I ask what was I doing wrong they said don't worry we have to take u in. I said 4 what, they then start to tusle wit me then I finally was cuff & they put me in the car. Moreless, just 4 doing nothing.

[Was anyone else involved? / Who else saw what happened?] Who else was involved offices Jhonnier, Salazar, Shield 12746 & Shield 10626 Robert, Bustamante of the 25 pct.

### IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Punishment, mental anguish, Suffering pain from risk cut from the hand cuff they refuse me Ems treatment

Rev. 05/2010

**V.    Relief:**

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation. Plantiff william Green will sue the defendants and employee's of the city of new york in there official and indivions capacity, for Act under Force impersonment, wrongfully arrestted. The plaintiff will sue in the amount of five million dollars or some type of legal matter to be answer Asap... compensatory damage.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 2nd day of Sep, 2012.

Signature of Plaintiff   William Pree

Mailing Address   1600 Hazen St.
                  E. Elmhurst N.Y 11370

Telephone Number   (212) 410-7085 or (516) 286-5442

Fax Number (if you have one) _____

**Note:** All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

**For Prisoners:**

I declare under penalty of perjury that on this 2nd day of Sep, 2012, I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff:   William Pree

Inmate Number   349.12.03143

*Rev. 05/2010*

RECEIVED SEP 14 2012 PRO SE OFFICE

SUPREME COURT OF THE STATE
OF NEW YORK COUNTY OF ____
----------------------------------------- *
IN THE MATTER OF CLAIM OF     *
                              *
                              *
_____        *
                              *
                              *
       -against-              *
                              *
THE CITY OF _____          *
----------------------------------------- *

NOTICE OF CLAIM

TO: COMPTROLLER OF THE CITY OF  N.Y.C

SIR:

PLEASE TAKE NOTICE that the claimant herein hereby makes claim and demand against the City of  N.Y  as follows:

1. The name and post office address of the claimant and of his attorney is:
W. Green, No. 349-17-03143 Street, E. Elmhurst NY 11370
_____, Esq., No. _____ Street, _____, NY

The nature of the claim: Plaintiff was falsely arrested and Illegally imprisoned for  90  days; maliciously prosecuted and forced to be present in court  4  times over a period of  3 months  ~~years~~ even though the city of  N.Y  knew there was no merit to the continuance of the prosecution and that such prosecution was malicious and that the imprisonments were illegal.

The time when, the place where and the manner in which the claim arose: Claimant was arrested and imprisoned on or about  Feb. 18 , 20 12 , and confined in the following institutions  OBCC... AMKC...  Rirker Island

The items of damage or injuries claimed are: False arrest and illegal imprisonment; loss of earnings;

That said claim and demand is hereby presented for adjustment and payment.

PLEASE TAKE FURTHER NOTICE that by reason of the premises, in default of the City of __N.Y.C__ to pay the claimant the said sum of __1 millons__ ($     ) dollars within the time limited for statutes made and provided, claimant intends to commence an action against the city of __N.Y.S__ to recover said sum of __1 million__ ($     ) dollars with interests and costs.

Dated: __Sep. 12. 2012__, New York

                                                Respectfully yours,

                                                *William Green*

## VERIFICATION

State of New York)

County of _N.Y.S_ )

_William Green_, the above named petitioner, being duly sworn, says that the contents of the foregoing petition are well known to him, and that the same is true to his own knowledge, except as to matters therein stated on information and belief, and to those matters he believes to be true.

_William Green_
Petitioner

Sworn to before me this _____
Day of _____ 20____

_____
Notary Public



William Green
349.12.03143
1000 Hazen ST.
E. Elmhurst N.y 11370
4 Lower

SDNY PRO SE OFFICE
2012 SEP 14 P 4: 35

To: United states district ct.
southern district of N.y/
500 pearl sTreeT, Rm 230
New York, N.y 10007