UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

William A. Green,

                Plaintiff,

    -against-

City of New York
The New York Police Department 25th Pct,
P.O. Johnnie Salazar, shield 12746, and
P.O. Robert Bustamante, shield 10826
are each being sued individual, and in
their official capacity Defendants.

AMENDED COMPLAINT
Civil Rights Act
42 U.S.C. §1983

Jury Trail Demanded
12 Civ. 6724 (JPO)

12-CIV-6724

---

## JURISDICTION

Plaintiff William A. Green, brings this action pursuant to Jurisdiction established in 42 U.S.C. §1983 and 28 U.S.C. § 1331, 1343, and 2001. This action is to enforce the Right's of Plaintiff, well established by the United States Constitution. Fourth Amendment Right to be free from unlawful seizure of person.

    I                 PARTIES

Plaintiff :   William A. Green #349-12-03143
Address   :   George Motchan Detention Center
              15-15 Hazen Street, Dorm 2Lower
              East Elmhurst, New York 11370

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/4/13

    II            Defendant No. 1

Defendant No. 1 Johnnie Salazar
              Police Officer shield # 12746
Currently Employed   25th Precinct 120 East 119th Street
City / State Zip   New York, New York   10029

    III          Defendant No. 2

Defendant No. 2 Robert Bustamante
              Police Officer shield # 10826
Currently Employed 8 25th Precinct 120 East 119thStreet
City/State Zip   New York, New York   10029

| IV | Defendant No.3 |
|---|---|
| Defendant No. 3 | City of New York |
| Address | 100 Church Street/ Corporation Counsel |
| City/State Zip | New York, New York 10007 |

| V | Defendant No.4 |
|---|---|
| Defendant No. 4 | New York Police Department 25th Precinct |
| Address | One Police Plz / 120 East 119th Street |
| City/State Zip | New York, New York 10007 |

6.      Statement of Fact's

On October 20th, 2011, Plaintiff William A. Green, was lawfully walking down Madison Avenue, in the New York City area, when two Police officer's drove up and jumped out at gunpoint and ordered me to lie face down, in which I immediately complied, during the search and seizure of my person, the police found nothing in my possession because, of such this case was dismissed favorable to me pursuant to C.P.L. §160.50

7. I was unlawfully arrested and detained for 90-day's before a Judge took legal action and ordered my immediate release.

8. The action's of the two-police officer's involved was an on going illegal police stop and frisk tactic targeted at black and latino residents and citizen's of the City of New York, New York, Bronx, and Brooklyn Counties. Plaintiff without any cause whatsoever of his own, was subjected to illegal stop and frisk resulting in him being unlawfully detained for 90-day's causing mental anguish and emotional distress, requiring mental health medication, counseling, both psychiatrix and psychological, due to plaintiff's false arrest, false imprisonment and unlawful detention, Plaintiff still's suffer's with headaches, nightmare's, loss of appetite, loss of sleep, fear, fright and other emotional and mental anguish, and distress.

2

9.    AS A FIRST CAUSEOFACTION "FALSE ARREST"

The Defendant's PoliceOfficer's Jhonnie Salazar,shield#12746,and PoliceOfficer Robert Bustamante,shield # 10606,actingtogether and inconcert,both acting under colorofstatelaw,in the furtherence of and in the scopeof the their employment as New York City Police Officer's assigned to the 25thPrecinct located at 120 East 119th Street,New York,N.Y.10029,did commit the violation of Plaintiff's Fourth Amendment Right fully protected by the United States Constitution By approaching Plaintiff with gun'sdrawn and verbal ordering the plaintiff to get down tolie face down,while they conducted a stop and frisk,which led to the illegal arrest of plaintiff and the unlawful detention of plaintiff for a period of 90-days.

10. The action of these defendant's violated the Fourth Amendment of the United States Constitution,and furthermore infringed upon the right's of the plaintiff.

For unprovoked reason's,the defendant's targeted the Plaintiff forced him tolie at gun point on the ground,pat frisked his person andillegally detained him.

11. The Defendant's conduct amounted to false arrest because the Plaintiff had not broken any law's and was lawfully walking down the street no crime had been committed,no complaint filed against the Plaintiff and no criminal activity was afoot.

12. Said Police Officer's were acting without just cause orprobable cause and further violated Plaintiff's Constitutional Right's,which are clear "No person shall be held for an infamous crime except by indictment" "The people shall be protected in the homes,person,and paper's "These right's were clearly violated by the Defendant's.

3

13. The Defendant Police Officer Jhonnie Salazar, shield #12746, is being sued in his individual and official capacity in the sum of ($300,000.00) THREE HUNDRED THOUSAND DOLLARS AND NO CENT.

14. The Defendant Police Officer Robert Bustamante, shield #10606 is being sued in his individual and official capacity in the sum of ($300,000.00) THREE HUNDRED THOUSAND DOLLARS AND NO CENT.

15. The Defendant's Salazar and Bustamente, were at all times relevant hereinafter employed as New York City Police Officer's and at all times therein stated to believe were acting under color of state law, in the furtherance and scope of their employment.

16. PUNITIVE damages are hereby demanded against the Defendant's Salazar and Bustamente, in the SUM OF THREE HUNDRED THOUSAND DOLLARS AND NO CENT, against each defendant in their individual and official capacity. ($300,000.00) each defendant sued for.

17. COMPENSATORY damages are hereby demanded against the defendant's Salazar and Bustamente, in the SUM OF THREE HUNDRED THOUSAND DOLLARS AND NO CENT, against each defendant in their individual and official capacity. ($300,000.00) each being sued for.

18. Plaintiff suffered with severe mental and emotional anguish and distress, was unable to sleep, loss of appetite, headaches, fright fear, anxiety, nightmares, required mental health counseling and psychotropic medication's, and still suffer's with said emotional injuries and damages and therefore judgement is hereby demanded against each defendant Salazar and Bustamente in the amount of THREE HUNDRE THOUSAND DOLLARS AND NO CENT($300,000.00) and for such costs, fees, and further relief as the Court deem just and proper.

19. <u>AS A SECOND CAUSE OF ACTION "UNLAWFUL IMPRISONMENT"</u>
The Defendant's Police Officer's Salazar and Bustamente both acting together,aiding one another did unlawfully arrest the defendant without provocation or probable cause,no crime had been committed,no complaint filed against this Plaintiff,and yet the Defendant's targeted Plaintiff,forced him at g un point to lie face down tin the street,frisking him and forcing against his free will into a police cruiser,only to be taken into custody and arrested on false charges,which led topl plaintiff being held in custody for a period of 90-days,before a judge tossed the case out due to police illegal tactic's no evidence or probable cause,.

20. The City of New York,at all times relevant herein owned,managed supervised and maintained an Agency known as the New York City Police Department,Headquatered at One Police Plaza,New York,N.Y. which is overseee'r by Police Commissioner Raymond Kelly,whom is the sole responsible Person for theoverall training,supervision management,.and daily  operations of the Police Department with it's many precinct's through-out New York City.

21. Allowed a custom and practice to be implimented which infringed upon the United States Constitutional Right's of Targeted Black's and Latino's and more specifically the Plaintiff William A.Green in which Mr.Green,was subjewcted to Police Misconduct on October 20th,2011,while lawfully walking down Madison Avenue in the city of New York.

22. The misconduct consisted of illegal stop and frisk policy and procedure, which has since been ruled by the United States Supreme Court to beUnConstitutional. The City of New York, owned, managed, supervised and operated an Agency Known as the N.Y.P.D. and it's many, many precinct's in which the City is responsible for the overall negligence conduct of it's employee's.

23. The Defendant City of New York, at all times relevanyt herein was and still is a muncipalityoperating by virtue of the General Business law rules and regulation's, and as such operating under virtueof state law, is the sole responsible entity for conduct of it's employee's which violated the civil rights of Plaintiff.

24. PUNITIVE damages are hereby demanded against the Defendant City of New York, in the SUM OF THREE HUNDRED THOUSAND DOLLARS AND NO CENT ($300,000.00).

25. COMPENSATORY damages are hereby demanded against the defendant City of New York, in the SUM OF THREE HUNDRED THOUSAND DOLLARS AND NO CENTS ($300,000.00).

26. Plaintiff suffered severe mental and emotional anguish and distress required counseling, psychotropic mental health medication, loss of sleep, loss of appetite, headaches, anxiety, fear, fright and emotional injuries.

27.  AS A THIRD CAUSE OF ACTION "ILLEGAL STOP AND FRISK"

The Defendant N.Y.P.D. 25th Precinct, at all times relevant herein was and still is an Agency, owned, operated, managed, and supervised by the City of New York.

28. The Defendant New York Police Department's 25th Precinct, was under the control of the COMMISSIONER Raymond Kelly, whom overseen the entire Supervision, management, operation's and duties of the 25th Precinct. That a custom or policy was implimented to target black and Latino men and young teen's in which their Fourth Amendement Constitutional right's were violated, trampled upon by local Police and law enforcvement officer's.

29. As a result of conduct of two, New York City Police Officer's to wit P.O. Salazar, and Bustamente, both engaged in illegal police misconduct causing injuries to plaintiff, causing plaintiff to be restrained of his liberty and freedom's for 90-days, causing mental and emotional anguish and distress.

30. PUNITIVE damages are hereby demanded against the defendant N.Y.P.D. 25th Precinct in the SUM OF THREE HUNDRED THOUSAND DOLLARS AND NO CENT ($300,000.00).

31. COMPENSATORY damages are hereby demanded against the defendant N.Y.P.D. 25th Precinct in the SUM OF THREE HUNDERD THOUSAND DOLLARS AND NO CENT ($300,000.00).

32. WHEREFORE, plaintiff prays an order be granted for judgement demanded in each cause of action, for such other and further relief as this court may deem just and proper.

Dated : January 16th, 2013
East Elmhurst, New AYork

*William Dree*

7

William A. Green # 349-12-03143
George Motchan Detention Center
15 15 Hazen Street /Dorm 2 Lower
East Elmhurst, New York 11370

Attn: J.Paul Oetken
United States District Judge
Southern District of New York
500 Pearl Street/Pro se Clerk
New York, New York 10007

January 16th, 2013

Re: Amended Complaint
12 Civ 6724(JPO)

YOURHONOR

    PLEASE TAKE NOTICE, upon receipt of the attached document's identified as 42 U.S.C. §1983, for Civil Right's violation. The Amedad Complaint, has been perfected, and submitted for prompt processing and filing with the Court, that U.S.Marshal form's are needed for prompt processing of the attached amended complaint upon the appropriate defendant's.

    Plaintiff, thank's the Court and the Clerk of the Court for any and all efford's made in the prompt processing of these ddocument's and for such other and further relief as deem just and proper.

cc:filed: W.A.G.p.r.

Dated : January 21st, 2013
East Elmhurst, New York

Respectfully submitted

William Green
---



RECEIVED FEB -4 2013 PRO SE OFFICE

Mr.William A.Green #349-12-02143/Dorm-2-Lower
George Motchan Detention Center
15-15 Hazen Street
East Elmhurst,New York 11370

Attn : U.S.District Judge　　　　　　　　　　　January 21st,2013
J.Paul Oetken,United States　　　　　　　　　Re: Amended Complaint
District Court,Southern District　　　　　　12-CV-6724
of New York ,500 Pearl Street,Pro-se
New York,New York 10007

YOURHONOR

PLEASE TAKE NOTICE,that upon the receipt of the attached document,namely amended 42 U.S.C. §1983,civil complaint of the above-entitled Mr.William A.Grteen,complaining of the Defendant's City of New York,The New York Police Department's 25th Precinct and Police Officer's Salazar and Bustamente in this illegal arrest after unlawful stiop and frisk,which has been deem unconstitutional.

Plaintiff is not a lay person of the law,unskilled in matters of the law and seek YOURHONOR indulgence for errors and defects,or faults pursuant to sections 103 (c) and 2101(f) of the Civil Practice law and Rules.

Plaintiff further wish to inform the Court this is the final amended complaint and there will be no other amended complaint or complaint's following this final complaint.

Plaintiff further wish this Honorable Court would issue the appropariate form for U.S.Marshal Service,to effectuate prompt service of this final amended complaint upon the defendant's.

I 'am thanking you n advance for your prompt attention in this very important matter at bar.

cc.filed : January 21st,2013　　　　　　　　　Respectfully submitted
　　　　　East Elmhurst,N.Y.



Mr. William A. Green #349-12-03143
George Motchan Detention Center
15-15 Hazen Street/Dorm 2 Lower
East Elmhurst, New York 11370

To: United States District Court
Southern District of New York
500 Pearl Street/Pro-se Office
New York, New York  10007

"Urgent Legal Mail"